UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JI SUN JENNIFER KIM
198-05 30th Street
Flushing, NY 11358

                                                                                        Docket No. 10 Civ. 6101
                               Plaintiff,                                     (VM)

GOLDBERG, WEPRIN, FINKEL                         **NOTICE OF MOTION**
GOLDSTEIN, LLP
1501 Broadway, 22nd Floor
New York, NY 10036
     and
BARRY ZWEIGBAUM
1501 Broadway, 22nd Floor
New York, NY 10036
     and
ARNOLD MAZEL
1501 Broadway, 22nd Floor
New York, NY 10036
     and
ANDREW ALBSTEIN
1501 Broadway, 22nd Floor
New York, NY 10036

                                 Defendants.
-----------------------------------------------------------------X

**C O U N S E L O R S :**

     **PLEASE TAKE NOTICE**, that upon the that upon the affidavit of Marie Ann Hoenings, Esq., sworn to on the 8th day of November, 2010, the exhibits annexed thereto and the memorandum of law in support dated November 8, 2010, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Victor Marrero, at the United States Courthouse located at 500 Pearl Street, New York, New York, on the 18th day of November, 2010 or as soon thereafter as counsel may be heard for on Order pursuant to for an order pursuant to Fed.R.Civ.P. 12(b)(6) dismissing each and every claim in the complaint as against the defendants for

failing to state a claim against them, and for such other and further relief as this Honorable Court may deem just, proper and equitable.

DATED:	Garden City, New York
	November 8, 2010

                                                   Respectfully submitted,

                                                 L'ABBATE, BALKAN, COLAVITA
                                                 &amp; CONTINI, L.L.P.

By:                             
                                               MARIE ANN HOENINGS (MH6846)
                                               MARIAN C. RICE (MR7648)
                                               NICOLE FEDER (NF3496)
                                               Counsel for Defendants
                                               1001 Franklin Avenue
                                               Garden City, New York 11530
                                               (516) 294-8844
                                               File No.: 941-95484

To:    TERC LAW OFFICE, P.C.
         Attn: Miguel A. Terc, Esq.
         Attorneys for Plaintiff
         P.O. Box 750281
         Forest Hills, NY 11375
         (718) 565-8090

         KARPF & KARPF, P.C.
         Attn: Ari Risson Karpf, Esq.
         Attorneys for Plaintiff
         3070 Bristol Pike
         Building 2, Suite 231
         Bensalem, PA 19020
         (215) 639-0801